Opinion issued January 19, 2023



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00733-CV

————————————

**GI-IBF HOLDING COMPANY, LLC; PAVE/LOCK/PLUS II, LLC; TRS DISTRIBUTION II LLC; AND TED A. GILLIS, Appellants**

**V.**

**JP MORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-33112**

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss their appeal because they no longer wish to pursue this appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellants failed to include a certificate of conference in its motion, appellants' motion includes a certificate of

service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.